# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE BAUTISTA,<br><br>                    Petitioner,<br>     v.<br><br>PEOPLE OF CALIFORNIA,<br><br>                    Respondent. | Case No. CV 16-07068 PSG (AFM)<br><br>**JUDGMENT** |

In accordance with the Order Summarily Dismissing Petition for Writ of Habeas Corpus,

IT IS ORDERED AND ADJUDGED that this action is summarily dismissed without prejudice pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Court.

DATED: 9/28/16

_____
PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE